# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv392

| | |
|---|---|
| SYSCO FOOD SERVICES OF CHARLOTTE, L.L.C., ) ) ) Plaintiff, ) ) vs. ) ) B.A.H. EXPRESS, INC., ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Applications For Admission To Practice Pro Hac Vice of attorneys Brian J. Duva and Kristen M. Kelly. [Docs. 5 and 6].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's applications are **ALLOWED**, and Brian J. Duva and Kristen M. Kelly are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: October 3, 2008

Martin Reidinger
United States District Judge